No. 98–614. ESTATE OF MUER, DECEASED v. KARBEL, PERSONAL REPRESENTATIVE OF THE ESTATE OF DRUMMEY ET AL., DECEASED; and

No. 98–817. KARBEL, PERSONAL REPRESENTATIVE OF THE ESTATE OF DRUMMEY ET AL. v. ESTATE OF MUER, DECEASED. C. A. 6th Cir. Certiorari denied. Reported below: 146 F. 3d 410.

No. 98–627. UNITED TRANSPORTATION UNION v. SLATER, SECRETARY OF TRANSPORTATION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–630. HAMILTON v. DOCTOR'S ASSOCIATES, INC. C. A. 2d Cir. Certiorari denied.

No. 98–643. JAKUBOWSKI v. SECURITIES AND EXCHANGE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 98–651. LINDQUIST v. LOBECK ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 98–661. PANI ET AL. v. EMPIRE BLUE CROSS BLUE SHIELD. C. A. 2d Cir. Certiorari denied.

No. 98–662. HART v. O'BRIEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–665. SLAUTTERBACK ET AL. v. IPC MUTUAL INDEMNITY, LTD. C. A. 11th Cir. Certiorari denied.

No. 98–671. CITIZENS FOR A CONSTITUTIONAL CONVENTION ET AL. v. YOSHINA, CHIEF ELECTION OFFICER OF HAWAII, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–677. ARMSTRONG v. NORTH CAROLINA STATE BOARD OF DENTAL EXAMINERS. Ct. App. N. C. Certiorari denied.

No. 98–688. ATEEQ v. NAJOR ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–692. RADECKI, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RADECKI, DECEASED, ET AL. v.